UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Diana Theodore                    ,

    Plaintiff(s),

    v.

American Express Nat'l Bank    ,

    Defendant(s).

Case No. 3:23-cv-03710-AGT

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Shayne C. Stevenson, an active member in good standing of the bar of the Supreme Court of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Diana Theodore in the above-entitled action. My local co-counsel in this case is Ben Harrington, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 313877.

1301 2nd Ave, Ste 2000, Seattle, WA 98101
MY ADDRESS OF RECORD
206-623-7292
MY TELEPHONE # OF RECORD
shaynes@hbsslaw.com
MY EMAIL ADDRESS OF RECORD

715 Hearst Ave, Ste 202, Berkeley, CA 94710
LOCAL CO-COUNSEL'S ADDRESS OF RECORD
510-725-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
benh@hbsslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 30843.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: July 28, 2023                              Shayne C. Stevenson
                                                     APPLICANT
5

6  ══════════════════════════════════════════════════════════════════

7

8                         ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Shayne C. Stevenson            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17  _____

18  UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28