IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA THEODORE,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    Defendant. | Case No. 23-cv-03710-MMC<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: August 7, 2023

                                                MAXINE M. CHESNEY
                                              United States District Judge