**STEPTOE & JOHNSON LLP**
Julia B. Strickland (SBN 83013)
*jstrickland@steptoe.com*
David W. Moon (SBN 197711)
*dmoon@steptoe.com*
Alina Edep (SBN 341169)
*agatto@steptoe.com*
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400/Facsimile: (213) 439-9598
Email: *docketing@steptoe.com*

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA THEODORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　　Defendant. | Case No.: 3:23-cv-03710<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: July 26, 2023 |

1     Plaintiff Diana Theodore ("Plaintiff") and defendant American Express National Bank ("American Express"), through their undersigned counsel, hereby stipulate as follows:

    WHEREAS, Plaintiff filed the Complaint in this action on July 26, 2023, in the United States District Court for the Northern District of California;

    WHEREAS, American Express was served with the Complaint on August 2, 2023;

    WHEREAS, a response by American Express to the Complaint is currently due on or before August 23, 2023;

    WHEREAS, American Express requires additional time to investigate the allegations in the Complaint;

    WHEREAS, the Parties, through their respective counsel of record, have agreed to extend American Express's deadline to respond to the Complaint by thirty (30) days, to and including September 22, 2023;

    WHEREAS, this Stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action, including without limitation to any challenge to jurisdiction or venue authorized by Federal Rule of Civil Procedure 12(b); and

    WHEREAS, this change in deadline will not alter the date of any other event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

    IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that American Express shall have an additional thirty (30) days, to and including September 22, 2023, to file its response to the Complaint.

DATED: August 18, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Shayne Stevenson
       Shayne Stevenson

Attorneys for Plaintiff
DIANA THEODORE

STIPULATION FOR EXTENSION OF TIME TO RESPOND
Case No. 3:23-cv-03710

DATED: August 18, 2023                    STEPTOE & JOHNSON LLP

                                          By: /s/ Alina Edep
                                              Julia B. Strickland
                                              David W. Moon
                                              Alina Edep

                                          Attorneys for Defendant
                                          AMERICAN EXPRESS NATIONAL BANK

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I, Alina Edep have obtained concurrence in the filing of this document from the other signatory listed here.

DATED:  August 18, 2023                   By: /s/Alina Edep
                                              Alina Edep

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 18, 2023, copies of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                        By:    */s/ Alina Edep*
                                                          Alina Edep