1  **STEPTOE & JOHNSON LLP**
   Julia B. Strickland (SBN 83013)
2  *jstrickland@steptoe.com*
   David W. Moon (SBN 197711)
3  *dmoon@steptoe.com*
4  Alina Edep (SBN 341169)
   *agatto@steptoe.com*
5  2029 Century Park East, 18th Floor
   Los Angeles, California 90067-3086
6  Telephone: (213) 439-9400/Facsimile: (213) 439-9598
7  Email: *docketing@steptoe.com*

8

9  Attorneys for Defendant
   AMERICAN EXPRESS NATIONAL BANK
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15 DIANA THEODORE, | Case No.: 3:23-cv-03710 |
| 16 Plaintiff, | **NOTICE OF APPEARANCE** |
| 17 v. | Complaint Filed: July 26, 2023 |
| 18 AMERICAN EXPRESS NATIONAL BANK, | |
| 19 Defendant. | |

20

21

22

23

24

25

26

27

28

-2-

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Julia B. Strickland, David W. Moon, and Alina Edep hereby enter an appearance as counsel for Defendant American Express National Bank , in the above-captioned matter.  Please serve said counsel with all pleadings and notices in this action.

| | |
|---|---|
| Julia B. Strickland (SBN 83013)<br>*jstrickland@steptoe.com*<br>STEPTOE & JOHNSON LLP<br>2029 Century Park East, 18th Floor<br>Los Angeles, California 90067-3086<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9598<br>Email: *docketing@steptoe.com* | David W. Moon (SBN 197711)<br>*dmoon@steptoe.com*<br>STEPTOE & JOHNSON LLP<br>2029 Century Park East, 18th Floor<br>Los Angeles, California 90067-3086<br>Telephone: (213) 439-9400<br>Facsimile: (213) 439-9598<br>Email: *docketing@steptoe.com* |

Alina Edep (SBN 341169)
*agatto@steptoe.com*
STEPTOE & JOHNSON LLP
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400
Facsimile: (213) 439-9598
Email: *docketing@steptoe.com*

DATED: August 18, 2023                    STEPTOE & JOHNSON LLP

By:  */s/ Alina Edep*
    Julia B. Strickland
    David W. Moon
    Alina Edep

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK