Shayne Stevenson (pro hac vice)
Breanna Van Engelen (pro hac vice)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com
breannav@hbsslaw.com

Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA THEODORE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>　　　　　　　　　　Defendant. | No. 3:23-cv-03710-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MOTION TO COMPEL ARBITRATION AND STAY ACTION BRIEFING SCHEDULE** |

1       Pursuant to Civil Local Rule 7-12, Plaintiff Diana Theodore and Defendant American

2  Express National Bank, by and through their respective counsel, hereby stipulate as follows:

3       WHEREAS, on July 26, 2023, Plaintiff commenced the above-captioned case against

4  Defendant (ECF No. 1);

5       WHEREAS, on September 22, 2023, Defendant filed a Motion to Compel Arbitration and

6  Stay Action, which is set for hearing on February 29, 2024 (ECF No. 20);

7       WHEREAS, the current deadline for Plaintiff to file a response to Defendant's Motion to

8  Compel Arbitration is October 6, 2023, per Civil Local Rule 7-3(a);

9       WHEREAS, if Plaintiff files a response to Defendant's Motion on October 6, 2023,

10  Defendant's deadline to file a reply is October 13, 2023, per Civil Local Rule 7-3(a);

11      WHEREAS, Plaintiff requires additional time to respond to Defendant's Motion to Compel

12  Arbitration and Stay Action, which Defendant does not oppose;

13      WHEREAS, the parties agree there is good cause to stipulate to a briefing schedule;

14      WHEREAS, the parties stipulate that Plaintiff shall have until November 21, 2023, to

15  respond to Defendant's Motion to Compel Arbitration;

16      WHEREAS, the parties stipulate that Defendant shall have until January 20, 2024, to file a

17  reply in support of its Motion to Compel Arbitration;

18      WHEREAS, the parties have not previously requested any extension;

19      NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned,

20  subject to Court approval, as follows:

21      1. The deadline for Plaintiff to file a response to Defendant's Motion to Compel Arbitration

22  and Stay Action is moved from October 6, 2023, to November 21, 2023.

23      2. The deadline for Defendant to file a reply in support of its Motion to Compel Arbitration

24  and Stay Action is moved from October 13, 2023, to January 20, 2024.

25      3. The hearing on Defendant's Motion to Compel Arbitration and Stay Action is set for

26  February 29, 2024.

27

28

STIP EXTENDING BRIEFING DEADLINES - 1
Case No.: 3:23-CV-03710-AMO

011165-11/2335099 V2

| | |
|---|---|
| Dated: October 3, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Shayne C. Stevenson* |
| | Shayne C. Stevenson<br>Attorney for Plaintiffs |
| Dated: October 3, 2023 | STEPTOE & JOHNSON LLP |
| | By: */s/ Julia B. Strickland* |
| | Julia B. Strickland<br>Attorney for Defendant |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

| | |
|---|---|
| Dated: October 3, 2023 | By: */s/ Shayne C. Stevenson*<br>Shayne C. Stevenson |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: _____, 2023

Hon. Araceli Martínez-Olguín
United States District Judge