Shayne Stevenson (pro hac vice)
Breanna Van Engelen (pro hac vice)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com
breannav@hbsslaw.com

Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>                             Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA N.A.,<br><br>                             Defendant. | No. 3:23-cv-03709-AMO<br><br>**JOINT ADMINSTRATIVE MOTION TO HOLD INITIAL CASE MANAGEMENT CONFERENCE VIA ZOOM** |

1    Pursuant to Civil Local Rule 7-11 and the Standing Order for Civil Cases before Judge Martínez-Olguín dated May 10, 2023, Plaintiff Austin Milliken and Defendant Bank of America N.A., by and through their respective counsel, hereby request that the initial case management conference in this matter be held via Zoom. In support of this request, the parties stipulate as follows:

2.    1. The initial case management conference in this matter is currently scheduled to be held in person on November 2, 2023, at 10:00 a.m. Pacific.

3.    2. Counsel of record for Defendant are based outside of this District, as are all but one counsel for Plaintiff.

4.    3. The parties agree that the initial case management conference should be conducted by video conference.

Dated: October 17, 2023            HAGENS BERMAN SOBOL SHAPIRO LLP

                                   By: */s/ Shayne C. Stevenson*
                                       Shayne C. Stevenson
                                       Attorney for Plaintiffs

Dated: October 17, 2023            O'MELVENY & JOHNSON LLP

                                   By: */s/ Danielle Morris*
                                       Danielle Morris
                                       Attorney for Defendant

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 17, 2023            By: */s/ Shayne C. Stevenson*
                                       Shayne C. Stevenson