# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN MILLIKEN,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA N.A.,<br><br>    Defendant. | No. 3:23-cv-03709-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINSTRATIVE MOTION TO HOLD INITIAL CASE MANAGEMENT CONFERENCE VIA ZOOM** |

Pursuant to the parties' joint administrative motion, it is hereby ordered that the initial case management conference in this matter, scheduled for November 2, 2023, at 10:00 a.m. Pacific, shall be conducted via Zoom.

Dated: _____, 2023

_____
Hon. Araceli Martínez-Olguín
United States District Judge

ORDER - 1
Case No.: 3:23-CV-03709-AMO
011165-12/2360825 V1