JULIA B. STRICKLAND (State Bar No. 83013)
*jstrickland@steptoe.com*
DAVID MOON (State Bar No. 197711)
*dmoon@steptoe.com*
ALINA N. EDEP (State Bar No. 341169)
*agatto@steptoe.com*
**STEPTOE & JOHNSON LLP**
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: (213) 439-9400
Facsimile: (213)-439-9598
Email: *docketing@steptoe.com*

Attorneys for Defendant
  AMERICAN EXPRESS NATIONAL BANK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA THEODORE,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    Defendant. | Case No. 3:23-cv-03710-AMO<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**TO THE COURT AND TO ALL PARTIES:**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for American Express National Bank certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. American Express National Bank is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., whose parent is American Express Company.

2. Berkshire Hathaway owns more than 10% or more of American Express Company's Stock.

Dated: October 20, 2023

STEPTOE & JOHNSON LLP
JULIA B. STRICKLAND
DAVID W. MOON
ALINA N. EDEP

By: ___*/s/ Alina N. Edep*___
Alina N. Edep

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

-2-
CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:23-cv-03710-AMO

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023 a copy of the foregoing **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Alina N. Edep*
Alina N. Edep