Julia B. Strickland (SBN 83013)
jstrickland@steptoe.com
David W. Moon (SBN 197711)
dmoon@steptoe.com
Alina Edep (SBN 341169)
agatto@steptoe.com
STEPTOE & JOHNSON LLP
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400
Facsimile: (213) 439-9598
Email: docketing@steptoe.com

Attorneys for Defendant
  American Express National Bank

Shayne Stevenson (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
shaynes@hbsslaw.com
breannav@hbsslaw.com

Attorneys for Plaintiff

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIANA THEODORE, | Case No. 3:23-cv-3710-AMO |
| Plaintiff, | [Assigned to Hon. Araceli Martinez-Olguin] |
| v. | **STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY** |
| AMERICAN EXPRESS NATIONAL BANK, | |
| Defendant. | |

## STIPULATION

Plaintiff Diana Theodore ("Plaintiff") and defendant American Express National Bank ("Defendant") (together, the "Parties") hereby stipulate as follows:

WHEREAS, on July 26, 2023, Plaintiff filed the Class Action Complaint against Defendant in the above-captioned matter;

WHEREAS, on July 28, 2023, the Court entered its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 7);

WHEREAS, on September 22, 2023, Defendant filed a motion to compel arbitration and to stay the action (the "Motion to Compel Arbitration"), which is set for hearing on February 29, 2024;

WHEREAS, on October 26, 2023, the Parties filed their Joint Case Management Statement (ECF No. 34), proposing that discovery in the action be stayed and the parties be relieved from exchanging initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure pending the Court's ruling on Defendants' Motion to Compel Arbitration;

WHEREAS, on October 26, 2023, the Court entered an Order (ECF No. 35) vacating the case management conference set for November 2, 2023, and directing the Parties to file a stipulation staying discovery and seeking relief from the initial case deadlines as set forth in their Joint Case Management Statement;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, as follows:

1. Discovery in this action shall be stayed pending a ruling by the Court on Defendant's Motion to Compel Arbitration.

2. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure need not be exchanged prior to the Court's ruling on Defendant's Motion to Compel Arbitration.

///
///
///

Dated: October 30, 2023

Respectfully submitted,

STEPTOE & JOHNSON LLP

By _____*/s/ David W. Moon*_____
     David W. Moon

Julia B. Strickland
Alina Edep
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400
Facsimile: (213) 439-9598
Email: docketing@steptoe.com

Attorneys for Defendant
  American Express National Bank

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____*/s/ Shayne Stevenson*_____
     Shayne Stevenson (*pro hac vice*)

Breanna Van Engelen (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
shaynes@hbsslaw.com
breannav@hbsslaw.com

Ben M. Harrington
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

Knoll D. Lowney (*pro hac vice forthcoming*)
Claire Tonry (*pro hac vice*)
SMITH & LOWNEY, PLLC
2317 E. John Street
Seattle, Washington 98112
Telephone: (206) 860-2883
Facsimile: (206) 860-4187
knoll@smithandlowney.com
claire@smithandlowney.com

Attorneys for Plaintiff

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: October 30, 2023

By */s/ David W. Moon*
David W. Moon

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

ARACELI MARTINEZ-OLGUIN
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ David Moon*
David W. Moon
